# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JEFFREY LEE VALENTINE**                                                                      **PLAINTIFF**

v.                            **CASE NO. 2:15-CV-00094 BSM**

**PHILLIP REYNOLDS, Sheriff,**
**Woodruff County, et al.**                                                                     **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Joe J. Volpe have been reviewed. In response to the RD, Valentine submitted a letter regarding a filing fee [Doc. No. 17], but he did not object to the RD. After careful consideration, the RD is adopted in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff Jeffrey Lee Valentine's complaint [Doc. No. 1] is dismissed without prejudice.

2. It is certified that an *in forma pauperis* appeal would be frivolous and not in good faith.

SO ORDERED this 14th day of September 2015.

_____
UNITED STATES DISTRICT JUDGE